JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ENRIQUE CARI Ñ O, | ) | Case No. CV 14-07930 DMG (MANx) |
| | ) | |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| | ) | |
| FELIX HILARIO and MARIO HILARIO, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The Court having granted the motion by Plaintiff Enrique Cariño for default judgment by order dated July 17, 2015,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Plaintiff Enrique Cariño and against Defendants Felix Hilario and Mario Hilario in the amount of $25,000.

Defendants are enjoined from:

1. Using the name GRUPO MIRAMAR or any confusingly similar or colorable imitation of the name, including any name which includes the words "Miramar" or "Grupo Miramar," in connection with advertising in any form, or in connection with the goods or services of defendants or any of them;

-1-

2. Using the name GRUPO MIRAMAR or any confusingly similar or colorable imitation of the name, including any name which includes the words "Miramar" or "Grupo Miramar," in any manner for the purpose of enhancing the commercial value of the goods or services of Defendants;

3. Otherwise infringing or diluting the distinctive quality of Cariño's service mark and trademark GRUPO MIRAMAR;

4. Causing a likelihood of confusion, deception or mistake as to the makeup, source, nature or quality of Cariño's or Defendants' services;

5. Contacting promoters, advertisers, or other businesses for the purpose of offering the musical services of Defendants as GRUPO MIRAMAR or any confusingly similar or colorable imitation of the name; and

6. Uploading or maintaining videos on the Internet, including without limitation YouTube, in which the name GRUPO MIRAMAR, or any confusingly similar or colorable imitation of the name, including any name which includes the words "Miramar" or "Grupo Miramar," is displayed, spoken, or otherwise used in the video or in the description or title of the video.

Defendants, and their respective officers, agents, servants, employees, and co-venturers, and all persons in active concert or participation with Defendants who receive actual notice of this order by personal service or otherwise, are hereby ordered to remove and destroy all promotional literature, advertising, goods, Internet postings (including without limitation Facebook postings, YouTube uploads, YouTube postings, and YouTube channels) and other materials relating to Defendants, or either of them, or any musical group associated with any of the foregoing, which use the words "Grupo Miramar" or "Miramar" on or in connection with such advertising, goods, postings, uploads, or other materials within seven days following receipt of such actual notice of this order, and to provide Cariño's counsel with evidence of such removal and destruction within the same seven-day period following receipt of such actual notice.

-2-

1       The Court shall retain jurisdiction of this action to the extent necessary to enforce

2  the Judgment.

3

4  DATED:  July 17, 2015

5                                                    _____

6                                                    DOLLY M. GEE
                                                     UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28